ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email:  DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiffs

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FANNIN, as Wrongful Death Heir, and as Successor-in-Interest to HAROLD FANNIN, Deceased; and GARNET OLSON, MARINA ROSE, and ADA FANNIN, deceased, as Legal Heirs of HAROLD FANNIN, Deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, *et al.*,<br><br>    Defendants. | Case No.  4:11-cv-06156-CW<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GENUINE PARTS COMPANY, WITH PREJUDICE; ORDER** |

    The parties request this Court dismiss defendant GENUINE PARTS COMPANY from this action with prejudice.  Each party to bear its own fees and costs.

///

///

///

1

1    Dated: April 16, 2013       BRAYTON❖PURCELL LLP

2

3

4

5                               By:s/ David R. Donadio
                               DAVID R. DONADIO, ESQ., CA S.B. #154436

6                                DDonadio@braytonlaw.com
                               Tel: (415) 898-1555

7                                Fax: (415)898-1247
                               Attorneys for Plaintiffs

8

9

10   Dated: April 16, 2013       POND NORTH LLP

11

12                                By:

13                                SANDRA L. GRYDER
                               Attorneys for Defendant

14                                GENUINE PARTS COMPANY

15

16

17

18   Dated: August 21, 2013       SO ORDERED:

19

20

21

22                           IT IS SO ORDERED

23

24                             Judge Charles R. Breyer

25

26

27

28

2

REQUEST FOR DISMISSAL OF DEFENDANT GENUINE PARTS COMPANY ,WITH PREJUDICE; ORDER