1   ALAN R. BRAYTON, ESQ., CA S.B. #73685
    DAVID R. DONADIO, ESQ., CA S.B. #154436
2   Email: DDonadio@braytonlaw.com
    BRAYTON❖PURCELL LLP
3   Attorneys at Law
    222 Rush Landing Road
4   P.O. Box 6169
    Novato, California  94948-6169
5   (415) 898-1555
    (415)898-1247 (Facsimile)
6
    Attorneys for Plaintiffs
7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  CHARLES FANNIN, as Wrongful Death      )   Case No.  4:11-cv-06156-CW
    Heir, and as Successor-in-Interest to   )
12  HAROLD FANNIN, Deceased; and            )   **REQUEST FOR DISMISSAL OF**
    GARNET OLSON, MARINA ROSE, and          )   **DEFENDANT GENUINE PARTS**
13  ADA FANNIN, deceased, as Legal Heirs    )   **COMPANY, WITH PREJUDICE;**
    of HAROLD FANNIN, Deceased,             )   **ORDER**
14                                          )
              Plaintiffs,                   )
15                                          )
    vs.                                     )
16                                          )
    ASBESTOS CORPORATION LIMITED,           )
17  *et al.*,                               )
                                            )
18            Defendants.                   )
                                            )
19                                          )
                                            )
20  _____        )

21        The parties request this Court dismiss defendant GENUINE PARTS COMPANY from
22  this action with prejudice.  Each party to bear its own fees and costs.
23  ///
24  ///
25  ///
26

27

28

                                        1
    REQUEST FOR DISMISSAL OF DEFENDANT GENUINE PARTS COMPANY ,WITH PREJUDICE; ORDER

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1   Dated: April 16, 2013           BRAYTON❖PURCELL LLP

2

3

4

                                  By: s/ David R. Donadio

5                                DAVID R. DONADIO, ESQ., CA S.B. #154436
                                DDonadio@braytonlaw.com

6                                Tel: (415) 898-1555
                                Fax: (415)898-1247

7                                Attorneys for Plaintiffs

8

9

10   Dated: April 16, 2013          POND NORTH LLP

11

12

13                                By:
                                SANDRA L. GRYDER
                                Attorneys for Defendant

14                                GENUINE PARTS COMPANY

15

16

17

18   Dated: August 21, 2013        SO ORDERED:

19

20

21

22                               United

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REQUEST FOR DISMISSAL OF DEFENDANT GENUINE PARTS COMPANY ,WITH PREJUDICE; ORDER