BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES FANNIN, as Wrongful Death Heir, and as Successor-in-Interest to HAROLD FANNIN, Deceased; and GARNET OLSON, MARINA ROSE, and ADA FANNIN, deceased, as Legal Heirs of HAROLD FANNIN, Deceased,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, *et al.*,<br><br>　　　　Defendants. | No. 3:11-cv-06156-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASBESTOS CORPORATION LIMITED** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant ASBESTOS CORPORATION LIMITED are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 8, 2013　　　　By: _____
　　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　　United States District Judge

[Seal: IT IS SO ORDERED - Judge Charles R. Breyer - United States District Court Northern District of California]

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASBESTOS CORPORATION LIMITED