BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FANNIN, as Wrongful Death Heir, and as Successor-in-Interest to HAROLD FANNIN, Deceased; and GARNET OLSON, MARINA ROSE, and ADA FANNIN, deceased, as Legal Heirs of HAROLD FANNIN, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, *et al.*,<br><br>Defendants. | No. 3:11-cv-06156-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASBESTOS CORPORATION LIMITED** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant ASBESTOS CORPORATION LIMITED are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 8, 2013     By: _____
Charles 
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ASBESTOS CORPORATION LIMITED