**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES FANNIN, as Wrongful Death Heir, and as Successor-in-Interest to HAROLD FANNIN, Deceased; and GARNET OLSON, MARINA ROSE, and ADA FANNIN, deceased, as Legal Heirs of HAROLD FANNIN, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, *et al.*, | No. 3:11-cv-06156-WHO<br><br>ORDER GRANTING REQUEST BY PLAINTIFFS FOR WAIVER OF APPEARANCE<br><br>Date: November 12, 2014<br>Time: 2:00 p.m.<br>Dept.: Hon. William H. Orrick<br>Courtroom 2 - 17th Floor |

Plaintiffs having submitted to the Court good cause for the waiver of the appearance of plaintiff at the upcoming hearing concerning the default prove-up against defendant MARINE ENGINEERING AND SUPPLY COMPANY in the above-referenced matter, was considered by the court on this date.

On proof made to the satisfaction of this court, IT IS HEREBY ORDERED that plaintiffs need not appear at the upcoming hearing regarding plaintiffs' application for entry of default judgment against defendant MARINE ENGINEERING AND SUPPLY COMPANY.

Dated: October 22, 2014

_____
United States District Judge

K:\Injured\1942\FED\PLD\ord grant req waiver appear mtn dflt judg MARENG.wpd         1
ORDER GRANTING REQUEST BY PLAINTIFFS FOR WAIVER OF APPEARANCE