UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GIRAUDO, | Lead Case No. 3:08-cv-04416-WHO |
| Plaintiff, | Judge: Hon. William H. Orrick |
| vs. | |
| GENERAL DYNAMICS CORPORATION and BATH IRON WORKS CORPORATION, et al. | ORDER TO EXTEND DEADLINE TO REOPEN CASE |
| Defendant. | _____ |
| _____ | Consolidated with: |
| CHARLES FANNIN, et al., | Case No. 3:11-cv-06156-WHO |
| _____ | |
| ARLENE GARCIA, et al., (WD of ROBERT WHELAN) | Case No. 3:11-cv-00986-WHO |

Based on the good cause shown in parties' STIPULATION TO EXTEND DEADLINE TO REOPEN CASE, it is HEARBY ORDERED that the deadline to inform this Court if the above-captioned cases need to be re-opened is continued. The new deadline is now March 31, 2015.

Dated: March 4, 2015

_____

The Honorable William H. Orrick